# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF NORTH CAROLINA
# ASHEVILLE DIVISION
# 1:08 CV 194

| | |
|---|---|
| BRANCH BANKING AND TRUST COMPANY, ) ) ) | |
| Plaintiff ) ) | |
| V ) ) | **ORDER** |
| FEDERAL DEPOSIT INSURANCE CORPORATION, et al., ) ) ) ) | |
| Defendant. ) | |

**THIS MATTER** is before the court on Alan L. Briggs' Application for Admission to Practice *Pro Hac Vice* of David W. Alexander. It appearing that David W. Alexander is a member in good standing with the Ohio Bar and will be appearing with Alan L. Briggs, a member in good standing with the Bar of this court, that all admission fees have been paid, and that the email address of the attorney seeking admission has been provided, the court enters the following Order.

## ORDER

**IT IS, THEREFORE, ORDERED** that Alan L. Briggs' Application for Admission to Practice *Pro Hac Vice* (#5) of David W. Alexander is **GRANTED**, and that David W. Alexander is **ADMITTED** to practice, *pro hac vice*, before the Bar of this court while associated with Alan L. Briggs.

Signed: May 19, 2008

*Dennis L. Howell*

Dennis L. Howell
United States Magistrate Judge