IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
ASHEVILLE DIVISION

CIVIL NO. 1:08CV194

| | |
|---|---|
| BRANCH BANKING & TRUST COMPANY, | ) ) ) |
| Plaintiff, | ) ) ) |
| Vs. | ) ) ) **J U D G M E N T** |
| FEDERAL DEPOSIT INSURANCE CORPORATION, | ) ) ) ) |
| Defendant. | ) ) |

For the reasons stated in the Memorandum and Order filed herewith,

**IT IS, THEREFORE, ORDERED, ADJUDGED, AND DECREED** that the Plaintiff's motion for summary judgment is **DENIED**, the Defendant's motion for summary judgment is **ALLOWED**, the final administrative decision of the Defendant FDIC is **AFFIRMED**, and this action is hereby **DISMISSED WITH PREJUDICE** in its entirety.

Signed: May 20, 2009

Lacy H. Thornburg
United States District Judge